UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23851-CIV-HUCK/O'SULLIVAN

AVMED, INC.,
    Plaintiff,

v.

SHERIDAN HEALTHCORP, INC.,
    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on an informal discovery conference held before the undersigned on February 11, 2010. Having held a hearing in this matter, it is

ORDERED AND ADJUDGED that for the reasons stated on the record, the request to stay discovery is denied. It is further

ORDERED AND ADJUDGED that the Rule 26(f) shall be held on Tuesday, February 16, 2010. The parties may begin to serve discovery on February 17, 2010. The parties shall attempt to make the Rule 26 disclosures at the Rule 26(f) conference.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 11th day of February, 2010.

                                                             JOHN J. O'SULLIVAN
                                                             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record